1  RICK D. ROSKELLEY, ESQ., Bar # 3192
   MONTGOMERY Y. PAEK, ESQ., Bar # 10176
2  NEIL C. BAKER, ESQ., Bar # 14476
   LITTLER MENDELSON, P.C.
3  3960 Howard Hughes Parkway
   Suite 300
4  Las Vegas, NV  89169-5937
   Telephone:    702.862.8800
5  Fax No.:      702.862.8811
   Emails:   rroskelley@littler.com
6             mpaek@littler.com
             nbaker@littler.com
7
   Attorneys for Defendant
8  PRINCE TELECOM, LLC

9
## UNITED STATES DISTRICT COURT
10
## DISTRICT OF NEVADA
11

12

13  STEVEN M. COLOSIMO and
    NATHANIEL A. PORTEOUS,
14  individuals, on behalf of themselves and all    Case No. 2:19-cv-00647-JCM-PAL
    other similarly situated employees,
15                                                  **STIPULATION AND [PROPOSED]
                     Plaintiffs,                    ORDER  TO EXTEND TIME FOR
16                                                  DEFENDANT PRINCE TELECOM, LLC
    vs.                                             TO FILE RESPONSIVE PLEADING**
17
    PRINCE TELCOM, LLC, a Delaware                  **(FIRST REQUEST)**
18  limited liability company; and DOES 1
    through 10, inclusive,
19
                     Defendants.
20

21        Plaintiffs STEVEN M. COLOSIMO and NATHANIEL A. PORTEOUS, on behalf of

22  themselves and all other similarly situated employees, and Defendant PRINCE TELCOM, LLC, by

23  and through their respective counsel, do hereby stipulate and agree to an extension of two weeks for

24  the deadline for Defendant to file a responsive pleading to Plaintiffs' Collective and Class Action

25  Complaint, up to and including Monday, May 6, 2019.  There have been no previous requests for

26  extension before this Court.

27  / / /

28  / / /

LITTLER MENDELSON, P.C.
     Attorneys At Law
3960 Howard Hughes Parkway
        Suite 300
 Las Vegas, NV  89169-5937
       702.862.8800

This Stipulation is made in good faith and not for purposes of delay as Defense Counsel has recently been retained and needs sufficient time to prepare the responsive pleading.

Dated: April 19, 2019

Respectfully submitted,

*/s/ Norberto J. Cisneros*
TROY L. ISAACSON, ESQ.
NORBERTO J. CISNEROS, ESQ.
BARBARA M. MCDONALD, ESQ.
MADDOOX ISAACSON CISNEROS LLP

Attorneys for Plaintiffs
STEVEN M. COLOSIMO and
NATHANIEL A. PORTEOUS

Respectfully submitted,

*/s/ Rick D. Roskelley*
RICK D. ROSKELLEY, ESQ.
MONTGOMERY Y. PAEK, ESQ.
NEIL C. BAKER, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
PRINCE TELCOM, LLC

**ORDER**

IT IS SO ORDERED.

Dated this 26th day of April, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

FIRMWIDE:163893984.1 053127.1026

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800