Troy L. Isaacson, Esq., NV Bar No. 6690
Norberto J. Cisneros, Esq., NV Bar No. 8782
Barbara M. McDonald, Esq., NV Bar No. 11651
**MADDOX | ISAACSON | CISNEROS LLP**
11920 Southern Highlands Parkway, Suite 100
Las Vegas, Nevada 89141
Telephone: (702) 366-1900
Facsimile: (702) 366-1999
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN M. COLOSIMO and NATHANIEL A. PORTEOUS, individuals, on behalf of themselves and all other similarly situated employees,<br><br>Plaintiffs,<br><br>vs.<br><br>PRINCE TELECOM, LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.:  2:19-cv00647<br><br>**STIPULATION AND PROPOSED ORDER TO AMEND AND REMAND** |

Plaintiffs, STEVEN M. COLOSIMO and NATHANIEL A. PORTEOUS, individuals, on behalf of themselves and all other similarly situated employees, by and through their counsel, MADDOX | ISAACSON | CISNEROS LLP, and PRINCE TELECOM, LLC, by and through their counsel, LITTLER MENDELSON, P.C., stipulate as follows:

1.     On February 28, 2019, Plaintiffs commenced this action in the Eighth Judicial District Court, Clark County, Nevada.

2.     An Affidavit of Service was filed on April 1, 2019.

FIRMWIDE:164560369.1 053127.1026

3.     On April 15, 2019, Defendant filed Notice of Removal of Action to Federal Court, pursuant to 28 U.S.C. § 1446, removing the action to the United States District Court for the District of Nevada.

4.     On April 15, 2019, Defendant completed the removal process by filing a conformed copy of the Notice of Removal with the Eighth Judicial District Court, Clark County, Nevada.

5.     After discussion, the parties have agreed that the Plaintiffs should be allowed to amend their Complaint, as attached hereto as **Exhibit 1.**

6.     Further, the parties agree that in light of the Amended Complaint, Defendant's pending Motion to Dismiss (ECF No. 8) shall be withdrawn without prejudice and Defendant shall file a notice of non-opposition to Plaintiff's pending Motion to Amend and Remand (ECF No. 11) to the Eighth Judicial District Court, Clark County, Nevada.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

MADDOX | ISAACSON | CISNEROS LLP
An Association of Professional Corporations
11920 Southern Highlands Parkway, Suite 100
Las Vegas, Nevada 89141

FIRMWIDE:164560369.1 053127.1026

7.    The Parties further stipulate that each party shall bear its own attorneys' fees and costs with respect to the removal and subsequent remand of the Action pursuant to this Stipulation and proposed Order, submitted concurrently.

IT IS SO STIPULATED.

Dated: May 24, 2019                            Dated: May 24, 2019

**MADDOX | ISAACSON | CISNEROS LLP**           **LITTLER MENDELSON, P.C.**

By:                                            By:  /s/  Montgomery Y. Paek
Troy L. Isaacson, Esq., NVB 6690               Rick D. Roskelley, Esq., NVB 3192
Norberto J. Cisneros, Esq., NVB 8782           Montgomery Y. Paek, Esq., NVB 10176
Barbara McDonald, Esq., NVB 11651              Neil C. Baker, Esq., NVB 14476
11920 Southern Highlands Parkway               3960 Howard Hughes Parkway
Suite 100                                      Suite 300
Las Vegas, Nevada 8914                         Las Vegas, Nevada 89169
*Attorneys for Plaintiffs*                     *Attorneys for Defendant*


IT IS SO ORDERED:


_____
UNITED STATES DISTRICT JUDGE

FIRMWIDE:164560369.1 053127.1026

**CERTIFICATE OF SERVICE**

I am a resident of the State of Nevada, over the age of eighteen years, and not a party to the within action. My business address is 11920 Southern Highlands Parkway, Suite 100, Las Vegas, Nevada 89141.

Pursuant to FRCP 5(b)(3) and LR 5-1, I hereby certify that on this 24th day of May, 2019, I served a true and correct copy of the above document, entitled **OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' COLLECTIVE AND CLOASS ACTION COMPLAINT, AND MOTION TO AMEND,** via the Court's electronic filing/service system **(CM/ECF)** to all parties on the current service list.

Rick D. Roskelley,  Esq.

Littler Mendelson, P.C.

3960 Howard Hughes Parkway,

Suite 300

Las Vegas, NV  89169

Email Address: rroskelley@littler.com

Attorney For: Prince Telecom, LLC

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 24, 2019, at Las Vegas, Nevada.

_____

An employee of MADDOX | ISAACSON | CISNEROS LLP

MADDOX | ISAACSON | CISNEROS LLP
An Association of Professional Corporations
11920 Southern Highlands Parkway, Suite 100
Las Vegas, Nevada 89141

1

# EXHIBIT INDEX

Exhibit 1 -   1st Amended Collective and Class
Action Complaint.