RICK D. ROSKELLEY, ESQ., Bar # 3192
MONTGOMERY Y. PAEK, ESQ., Bar # 10176
AMY L. THOMPSON, ESQ., Bar # 11907
NEIL C. BAKER, ESQ., Bar # 14476
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:    702.862.8800
Fax No.:        702.862.8811
Emails:    rroskelley@littler.com
              mpaek@littler.com
              athompson@littler.com
              nbaker@littler.com

*Attorneys for Defendant*
PRINCE TELECOM, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN M. COLOSIMO and NATHANIEL A. PORTEOUS, individuals, on behalf of themselves and all other similarly situated employees,, <br><br> Plaintiffs, <br><br> vs. <br><br> PRINCE TELECOM, LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,, <br><br> Defendant. | Case No. 2:19-cv-00647-JCM-BNW <br><br> **NOTICE OF WITHDRAWAL OF DEFENDANT PRINCE TELECOM, LLC'S MOTION TO DISMISS PLAINTIFFS' COLLECTIVE AND CLASS ACTION COMPLAINT** |

Defendant PRINCE TELECOM, LLC ("Defendant"), by and through its counsel of record, Littler Mendelson, P.C., hereby withdraws its Motion to Dismiss Plaintiffs' Collective and Class Action Complaint (ECF No. 8) (the "Motion").

/ / /

/ / /

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

On May 24, 2019, the parties filed a Stipulation and Proposed Order to Amend and Remand (ECF No. 16) permitting Plaintiffs STEVEN M. COLOSIMO and NATHANIEL A. PORTEOUS ("Plaintiffs") to dismiss their federal claims from the suit. Defendant has agreed to withdraw its pending Motion without prejudice in accordance with that Stipulation. In withdrawing its Motion, Defendant makes no concessions regarding the merits of its arguments and reserves the right to reassert them in the future.

Dated: May 29, 2019

Respectfully submitted,

/s/ *Neil C. Baker*
RICK D. ROSKELLEY, ESQ.
MONTGOMERY Y. PAEK, ESQ.
AMY L. THOMPSON, ESQ.
NEIL C. BAKER, ESQ.
LITTLER MENDELSON, P.C.

*Attorneys for Defendant*
PRINCE TELECOM, LLC

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.

**PROOF OF SERVICE**

I am a resident of the State of Nevada, over the age of eighteen years, and not a party to the within action. My business address is 3960 Howard Hughes Parkway, Suite 300, Las Vegas, Nevada 89169. On May 29, 2019, I served the within document(s):

**NOTICE OF WITHDRAWAL OF DEFENDANT PRINCE TELECOM, LLC'S MOTION TO DISMISS PLAINTIFFS' COLLECTIVE AND CLASS ACTION COMPLAINT**

☒ By **CM/ECF Filing** – Pursuant to FRCP 5(b)(3) and LR 5-4, the above-referenced document was electronically filed and served upon the parties listed below through the Court's Case Management and Electronic Case Filing (CM/ECF) system:

Tory L. Isaacson, Esq.
Norberto J. Cisneros, Esq.
Barbara McDonald, Esq.
MADDOX ISAACSON & CISNEROS, LLP
11920 Southern Highlands Pkwy, Suite 100
Las Vegas, Nevada 89141

Attorneys for Plaintiff

I am readily familiar with the firm's practice of collection and processing correspondence for mailing and for shipping via overnight delivery service. Under that practice it would be deposited with the U.S. Postal Service or if an overnight delivery service shipment, deposited in an overnight delivery service pick-up box or office on the same day with postage or fees thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 29, 2019, at Las Vegas, Nevada.

*/s/ Joanne Conti*
Joanne Conti

FIRMWIDE:164597999.1 053127.1026

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

3.